McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8955
    Fax: (415) 744-0134
    E-mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:17-CV-00262 EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**<br>**28 U.S.C. § 2412(d)** |

    The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND DOLLARS ($6,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

//

Stipulation and ~~Proposed~~ Order  -1-

| | |
|---|---|
| 1 | After the Court issues an order for EAJA fees to Plaintiff, the government will |
| 2 | consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to |
| 3 | *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability |
| 4 | to honor the assignment will depend on whether the fees are subject to any offset |
| 5 | allowed under the United States Department of the Treasury's Offset Program. After |
| 6 | the order for EAJA fees is entered, the government will determine whether they are |
| 7 | subject to any offset. |

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND DOLLARS ($6,000.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff Amanda Williams and Plaintiff's attorney, Emmy Aceves, may have relating to EAJA attorney fees in connection with this action.

//
//
//
//
//
//
//
//
//

Stipulation and ~~Proposed~~ Order -2-

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provision of the EAJA.

Respectfully submitted,

Dated: December 12, 2018             /s/ Emmy Aceves*
EMMY ACEVES
Attorney for Plaintiff Amanda Williams
(*By email authorization on 12/11/18)

Dated: December 12, 2018             McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant U.S. Attorney
Attorneys for Defendant

SO ORDERED.

DATED: December 18, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge